# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2422 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 169 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 49554 |
| | : | |
| BRIAN P. MEEHAN, | : | (Delaware County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2018, upon consideration of the Verified Statement of Resignation, Brian P. Meehan is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, retroactive to November 6, 2017. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).